UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD G. CONVERTINO,

    Plaintiff,

v.                                          Case Number: 07-CV-13842

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.
                                                 /

**ORDER SETTING DEPOSITION DATE**

On February 26, 2009, the court ordered the parties to agree upon a date for Non-Party Reporter David Ashenfelter's deposition, to occur at the courthouse and while the undersigned judge was available.  On March 6, 2009, Ashenfelter's counsel informed the court, via letter, that the parties had agreed upon two possible dates, subject to the court's availability.  Accordingly,

IT IS ORDERED that the parties are DIRECTED to continue Non-Party Reporter David Ashenfelter's deposition on **April 20, 2009 at 2:00 p.m.**  The deposition is to occur at the Theodore Levin United States Courthouse.  Counsel should plan to arrive at chambers, Room 707, no later than 1:45 p.m.  The court's staff will locate an available room for the deposition at that time.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2009, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
