# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD G. CONVERTINO,

    Plaintiff,

v.    Case Number: 07-CV-13842

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.
    /

## SCHEDULING ORDER

On April 21, 2009, the undersigned judge ruled, on the record, as to certain objections raised during the deposition of non-party respondent David Ashenfelter. At that time, Plaintiff's counsel informed the court that he anticipated filing a motion to reconsider the court's rulings. As such, the court expects to receive Plaintiff's motion to reconsider on or before **May 5, 2009.** Non-party respondent David Ashenfelter's response is expected on or before **May 19, 2009.** Upon receiving the anticipated response, the court will determine if further briefing is required.

    IT IS SO ORDERED.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: April 22, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 22, 2009, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522