**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RICHARD G. CONVERTINO,

    Plaintiff,

v.    Case No. 07-13842

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.
_____/

**ORDER HOLDING PROCEEDINGS IN ABEYANCE**

On March 30, 2011, this court ordered Plaintiff Richard G. Convertino to show cause why the pending discovery motions should not be dismissed without prejudice following the grant of summary judgment to Defendant U.S. Department of Justice in the underlying case. (3/30/2011 Order.) In his April 8, 2011, response, Plaintiff indicated an intent to appeal the denial of his motion to stay the motion for summary judgment pending decision on the discovery motions before this court. (Pl. Resp. 2.) As Plaintiff notes, dismissal at this time would introduce unnecessary costs and procedural uncertainty should the denial of Plaintiff's motion to stay be reversed on appeal. The court will, therefore, hold all proceedings before it in abeyance pending the resolution of Plaintiff's appeal of the denial of his motion to stay. Accordingly,

IT IS ORDERED that all proceedings on the above-captioned matter before this court be held in abeyance pending Plaintiff's appeal.

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: April 15, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 15, 2011, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
