**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHARD G. CONVERTINO,

     Plaintiff,

v.                                                           Case No. 07-13842

UNITED STATES
DEPARTMENT OF JUSTICE,

     Defendant.

_____/

**ORDER DIRECTING PARTIES TO SUBMIT JUDGMENT**

It appears that further court involvement in this matter is unnecessary.

Accordingly,

IT IS ORDERED that Plaintiff and Defendant are DIRECTED to submit a

proposed order of dismissal or judgment, stipulated as to form, by **April 29, 2014**.  In

the event a stipulation cannot be reached as to form, the parties shall submit their

competing proposed judgments by **April 30, 2014**, and the court will consider both

before entering its own.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2014, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\07-13842.CONVERTINO.OrderDirectingPartiesSubmitJ.rljr.wpd