UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD G. CONVERTINO,

    Plaintiff,

v.                                  Case No. 07-13842

UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendant.
_____/

**ORDER DIRECTING PARTIES TO SUBMIT JUDGMENT**

It appears that further court involvement in this matter is unnecessary. Accordingly,

IT IS ORDERED that Plaintiff and Defendant are DIRECTED to submit a proposed order of dismissal or judgment, stipulated as to form, by **April 29, 2014**. In the event a stipulation cannot be reached as to form, the parties shall submit their competing proposed judgments by **April 30, 2014**, and the court will consider both before entering its own.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 17, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2014, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner  
                                                  Case Manager and Deputy Clerk  
                                                  (313) 234-5522