**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHARD G. CONVERTINO,

    Plaintiff,

v.                                  Case No. 07-13842

UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendant.
                               /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On November 25, 2013, the court denied Plaintiff Richard Convertino's second motion for reconsideration of the court's April 21, 2009 order sustaining non-party newspaper reporter David Ashenfelter's Fifth Amendment objection.  As there has been no subsequent activity in this proceeding to enforce subpoenas against Ashenfelter or the Detroit Free Press, it appears that further court involvement is unnecessary.  Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed.[1]  Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2014

---

[1]The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document."  Fed. R. Civ. P. 58(a)(1).  This order constitutes such a separate document, and no other "judgment" will be filed.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 30, 2014, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522